[No. 16258-0-II.   Division Two.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM R. BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. J-16574, Wm. Thomas McPhee, J., entered July 9, 1992. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 13593-1-II.   Division Two.   March 29, 1993.]

ANITA LONDGREN, *Respondent,* v. PIERCE COUNTY SHERIFF'S DEPARTMENT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-06403-8, Rosanne Buckner, J., entered January 26, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Green, J. Pro Tem.

[No. 14810-2-II.   Division Two.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. GLEN WADE CHEW, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00659-0, James D. Ladley, J., entered March 8, 1991. *Affirmed* by unpublished opinion per Guy, J. Pro Tem., concurred in by Morgan, J., and Reed, J. Pro Tem.

[No. 14969-9-II.   Division Two.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN A. HASS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00138-5, John N. Skimas, J., entered September 27, 1990. *Affirmed* by unpublished opinion per Guy, J. Pro Tem., concurred in by Morgan, J., and Reed, J. Pro Tem.